MAE Q. PROBST, Respondent, *v.* FREDERICK S. PROBST, Appellant.   (Appeal No. 1.)

Argued April 21, 1941; decided May 22, 1941.

*Joseph M. Giambalvo* and *Robert J. Bell* for motion.
*S. Stanley Kreutzer* opposed.

Motion granted and appeal dismissed on the ground the order is not final.  (*Scott* v. *Scott*, 247 N. Y. 527.)